No. 24-1368

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

SYLVIA CAMPOS,
on behalf of herself and all others similarly situated,
*Plaintiff-Appellee,*

v.

TUBI, INC.,
*Defendant-Appellant.*

On Appeal from the United States District Court for the Northern
District of Illinois, No. 1:23-cv-03843
Judge John J. Tharp Jr., Presiding

# STIPULATION OF DISMISSAL
# PURSUANT TO F.R.A.P. 42(b)(1)

Defendant-Appellant Tubi, Inc. ("Tubi"), and Plaintiff-Appellee Sylvia Campos ("Plaintiff"), by their attorneys, hereby stipulate to the dismissal of this appeal pursuant to F.R.A.P. 42(b)(1), with each Party to bear their own costs and fees.

Dated: October 15, 2024					Respectfully submitted,

TUBI, INC.

By: /s/ Brandon D. Fox
Brandon D. Fox
JENNER & BLOCK LLP
515 S. Flower St., Ste. 3300
Los Angeles, CA 90071
213-239-5100
bfox@jenner.com

David Layden
Andrianna Kastanek
Daniel Echeverri
JENNER & BLOCK LLP
353 North Clark St.
Chicago, IL 60654
312-222-9350
dlayden@jenner.com
akastanek@jenner.com
decheverri@jenner.com

*Counsel for Defendant-Appellant Tubi, Inc.*

SYLVIA CAMPOS

By: /s/ Eugene Y. Turin
Eugene Y. Turin
McGuire Law, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
312-893-7002
eturin@mcgpc.com

*Counsel for Plaintiff-Appellee Sylvia Campos*

# CERTIFICATE OF SERVICE

I, Brandon D. Fox, an attorney, hereby certify that on October 15, 2024, I caused this **Stipulation of Dismissal Pursuant to F.R.A.P. 42(b)(1)** to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I certify that all participants are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Brandon D. Fox
Brandon D. Fox